UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLTON DWAYNE FIELDS, | No. 2:18-cv-3130 DB P |
| Plaintiff, | |
| v. | ORDER |
| SCOTT KERNAN, | |
| Defendant. | |

Plaintiff has requested a sixty-day extension of time to file a first amended complaint. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 12) is GRANTED, and

2. Plaintiff shall have sixty days from the date of this order within which to file a first amended complaint.

Dated: June 30, 2020

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:13
DB/ORDERS/ORDERS.PRISONER.CIVIL RIGHTS/fiel3130.36amc